**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

GARY CHAMBERS,

Petitioner,

-v- 9:23-CV-931 (DNH/ML)

STEPHEN BRANDOW,

Respondent.

**Hon. David N. Hurd, U.S. District Judge:**

**ORDER ON REPORT & RECOMMENDATION**

On August 1, 2023, petitioner Gary Chambers ("petitioner") filed this 28 U.S.C. § 2254 petition for a writ of habeas corpus seeking to challenge a judgment of conviction in Albany County Court. Dkt. No. 1. Petitioner, who is represented by counsel, paid the filing fee. The petition was referred to U.S. Magistrate Judge Miroslav Lovric, who ordered respondent to answer the petition. Dkt. No. 3. Thereafter, the petition was fully briefed. Dkt. Nos. 7, 10, 11, 12, 13, 15, 20.

On August 12, 2026, Judge Lovric advised by Report & Recommendation ("R&R") that the petition should be denied and dismissed. Dkt. No. 25. Neither party has lodged objections, and the time period in which to do so has expired. *See id*. Thus, upon review for clear error, the R&R is accepted and will be adopted. 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 25) is ACCEPTED;
2. The petition (Dkt. No. 1) is DENIED and DISMISSED; and

3. No Certificate of Appealability shall be issued.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: August 31, 2026
Utica, New York.

David N. Hurd
U.S. District Judge